JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CARMEN ZUBILLAGA,<br><br>    Plaintiff,<br><br>v.<br><br>ALLSTATE INDEMNITY COMPANY, DOES 1 TO 20,<br><br>    Allstate. | Case No. SACV 14-00177 DOC (DFMx)<br><br>The Hon. David O. Carter<br>Courtroom 9D<br><br>**ORDER REMANDING ACTION TO ORANGE COUNTY SUPERIOR COURT  [12]**<br><br>Complaint Filed:  December 26, 2013 |

Based on the stipulation of Plaintiff Carmen Zubillaga and Defendant Allstate Indemnity Company filed on March 11, 2014, the case is hereby remanded back to Orange County Superior Court.

**IT IS SO ORDERED.**

DATED:  March 13, 2014

*/s/ David O. Carter*
_____
The Honorable David O. Carter
United States District Court Judge

USW 804355520.1

McKenna Long &
Aldridge LLP
San Diego